**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Dwayne DELESTON, Defendant— Appellant.**

**No. 07–6679.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2007.

Decided: Aug. 1, 2007.

Dwayne Deleston, Appellant Pro Se. John Charles Duane, Assistant United States Attorney, Miller Williams Shealy, Jr., Office of the United States Attorney, Charleston, South Carolina, for Appellee.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Deleston appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Deleston*, No. 2:99–cr–00751–DCN (D.S.C. Apr. 18, 2007). We dispense with oral

argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*